157 So. 230

### Foots CHAMBERS v. STATE.

### 7 Div. 265.

Supreme Court of Alabama.

Oct. 18, 1934.

John T. Batten and James Esdale, both of Birmingham, for petitioner.

Thos. E. Knight, Jr., Atty. Gen., for the State.

BOULDIN, Justice.

Petition of Foots Chambers for certiorari to the Court of Appeals to review and revise

the judgment and decision of that Court in Chambers v. State, 157 So. 230.

Writ denied.

ANDERSON, C. J., and GARDNER and FOSTER, JJ., concur.